Freed et al. *v.* Philadelphia Rapid Transit Company, Appellant.

Argued October 14, 1927. Appeal No. 193, October T., 1927, by defendant from judgment of M. C., Philadelphia County, June T., 1926, No. 347, in the case of

76    FREED et al. *v.* P. R. T. CO., Appellant.

William Freed, by his next friend and mother, Catherine Freed, v. Philadelphia Rapid Transit Company. Before PORTER, P. J., HENDERSON, TREXLER, KELLER, LINN, GAWTHROP and CUNNINGHAM, JJ.   Affirmed.

Trespass to recover for personal injuries to a minor. Before LEWIS, J., without a jury.

The facts are stated in the opinion of the Superior Court.

Verdicts in the sum of $200 for the minor and $175 for his mother and judgments thereon.   Defendant appealed.

*Error assigned,* among others, was the refusal of the defendant's motion for judgment non obstante veredicto.

*S. Regen Ginsburg,* and with him *J. J. K. Caskie,* for appellant.

No appearance and no printed brief for appellee.

OPINION BY CUNNINGHAM, J., March 2, 1928:

This is a companion appeal with that taken to No. 192, October T., 1927, and is by the defendant from the judgment entered in favor of William Freed, the minor child referred to in our opinion this day filed at that number.   We there stated our reasons for approving the finding of the trial judge with respect to defendant's liability.   The award of $200 to the minor does not seem to include any amount for loss of wages or medical expenses, items which his mother would have been entitled to recover if she had been properly joined in the action.

The judgment in favor of William Freed is affirmed.